# Third District Court of Appeal

## State of Florida

Opinion filed October 19, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1787
Lower Tribunal No.16-8303
_____

**Aymara Sorhegui,**
Appellant,

vs.

**Park East Home Owners Association, Inc., etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Pedro P. Echarte, Jr., Judge.

Aymara Sorhegui, in proper person.

Becker & Poliakoff, P.A., and Lilliana M. Farinas-Sabogal, for appellee.

Before SCALES, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.